MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROZARRI VERION YOUNG,<br><br>Defendants. | CASE NO. 2:18-MJ-0175 CKD<br><br>[PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT |

The government's motion to unseal the above-referenced case, keep the original criminal complaint with references to the personal and private information of the alleged victims and a potential witness sealed, and file a redacted copy of the criminal complaint on the public docket is GRANTED. The United States shall allow defense counsel to review an un-redacted copy of the criminal complaint.

Dated: September 28, 2018

ALLISON CLAIRE
United States Magistrate Judge